**No. 49222.**—Protest 104484–K of Spencer Kellogg & Sons, Inc. (New York).

Opinion by CLINE, J. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attached to the collector's action. The protest was therefore overruled.